JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIONE EUGENE WILEY,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>Respondent. | Case No. 2:21-cv-03874-VAP-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 1/4/23

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE